```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 19-01311-HWV
Paul Milton Hofer                                                Chapter 13
Shannon Maureen Hofer
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1       User: REshelman         Page 1 of 1         Date Rcvd: Aug 22, 2019
                           Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5207815        +E-mail/Text: bncmail@w-legal.com Aug 22 2019 19:21:38     Prosper Marketplace Inc.,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Shannon Maureen Hofer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Paul Milton Hofer dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               lkarl@rascrane.com
              Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-01311-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul Milton Hofer
10 Ness Court
Seven Valleys PA 17360

Shannon Maureen Hofer
10 Ness Court
Seven Valleys PA 17360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2019.

Name and Address of Alleged Transferor(s):

Claim No. 15: Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121

Name and Address of Transferee:

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587
LVNV Funding LLC
c/o Resurgent Capital Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/24/19

Terrence S. Miller
**CLERK OF THE COURT**