UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PAUL MILTON HOFER<br>SHANNON MAUREEN HOFER | CASE NO: 19-01311<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 12 |

On 11/27/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/27/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PAUL MILTON HOFER
SHANNON MAUREEN HOFER

CASE NO: 19-01311

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 12

On 11/27/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/27/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-19-BK-01311-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED NOV 27 14-06-02 EST 2019 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 |
|---|---|---|
| VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ  SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITICARDS CBNA<br>CITI BANK<br>PO BOX 6077<br>SIOUX FALLS SD 57117-6077 |
| COMENITY BANKBON TON<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKLANE BRYANT<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKWAYFAIR<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 |
| DITECH<br>ATTN BANKRUPTCY<br>PO BOX 6172<br>RAPID CITY SD 57709-6172 | FEDLOAN SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FIDELITY INVESTMENTS<br>100 MAGELLAN WAY KIWC<br>COVINGTON KY 41015-1999 |
| DEBTOR<br>PAUL MILTON HOFER<br>10 NESS COURT<br>SEVEN VALLEYS PA 17360-9147 | SHANNON MAUREEN HOFER<br>10 NESS COURT<br>SEVEN VALLEYS PA 17360-9147 | INTERNAL REVENUE SERVICE<br>ANDOVER MA 018109041 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAUREN BERSCHLER KARL<br>PO BOX 305<br>INGOMAR PA 15127-0305 | CHRISTOS A KATSAOUNIS<br>COMMONWEALTH OF PA DEPT OF REVENUE<br>OFFICE OF CHIEF COUNSEL<br>DEPT 281061<br>HARRISBURG PA 17128-1061 |
| LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NAVIENT
ATTN BANKRUPTCY
PO BOX 9000
WILES-BARR PA 18773-9000

NAVIENT SOLUTIONS LLC ON BEHALF OF
EDUCATIONAL CREDIT MANAGEMENT
CORPORATIO
PO BOX 16408
ST PAUL MN 55116-0408

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION P O BOX 280946
HARRISBURG PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROSPER FUNDING LLC
221 MAIN STREET
SUITE 300
SAN FRANCISCO CA 94105-1909

PROSPER MARKETPLACE INC
CO WEINSTEIN  RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

THOMAS SONG
PHELAN HALLINAN DIAMOND  JONES
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKAMERICAN EAGLE
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

THE BANK OF NEW YORK MELLON TRUST
COMPANY N
CO DITECH FINANCIAL LLC
PO BOX 12740
TEMPE AZ 85284-0046

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

WELLS FARGO
PO BOX 10335
DES MOINES IA 50306-0335

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSING
MAC N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN MN 55121-7700

YORK ADAMS TAX BUREAU
PO BOX 15627
YORK PA 17405-0156