| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Paul Milton Hofer<br>Shannon Maureen Hofer | Case Number:<br><br>1:2019-bk-01311 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ☐ Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 1093  UCID: WFCMGF1901311PAM39611093** | | ☐ Check this box if the account number has changed. |
| 2. **Court Claim Number: 10** | | |
| 3. **Signature:**<br><br>**Check the appropriate box.**<br>   X   I am the creditor.<br>       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ Maranda Henderson Braswell          Date:  01/11/2022<br>       VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                  CASE NO.:    19-01311

**Paul Milton Hofer**                       CHAPTER:    13

**Shannon Maureen Hofer**

         **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 12, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Paul Milton Hofer
10 Ness Court
Seven Valleys, PA 17360

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Shannon Maureen Hofer
10 Ness Court
Seven Valleys, PA 17360

*Debtor's Attorney:*            *By CM / ECF Filing:*

Dawn Marie Cutaia
Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17401

*Trustee:*                        *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)