B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

__MIDDLE DISTRICT__ District Of __PENNSYLVANIA__

In re __Paul Milton Hofer and Shannon Maureen Hofer__   Case No.   __1:19-bk-01311-HWV__
     Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\*   Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  4/24/2024
           Date

*Paul M. Hofer*
Paul Hofer (Apr 24, 2024 06:54 EDT)
Debtor

_____
Date

_____
Debtor

# Hofer discharge cert

Final Audit Report                                                                 2024-04-24

| | |
|---|---|
| Created: | 2024-04-24 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUA5deL1lCUD35m0FZYfhMzSi5Y4I_3Gv |

## "Hofer discharge cert" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2024-04-24 - 0:41:16 AM GMT

- Document emailed to Paul Hofer (pspmhofer1@gmail.com) for signature
  2024-04-24 - 0:41:20 AM GMT

- Email viewed by Paul Hofer (pspmhofer1@gmail.com)
  2024-04-24 - 10:51:40 AM GMT

- Document e-signed by Paul Hofer (pspmhofer1@gmail.com)
  Signature Date: 2024-04-24 - 10:54:12 AM GMT - Time Source: server

- Agreement completed.
  2024-04-24 - 10:54:12 AM GMT

**Adobe Acrobat Sign**

Case 1:19-bk-01311-HWV    Doc 53    Filed 04/25/24    Entered 04/25/24 13:00:08    Desc
Main Document    Page 3 of 3