United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                               Case No. 19-01311-HWV
Paul Milton Hofer                                        Chapter 13
Shannon Maureen Hofer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                            Page 1 of 4
Date Rcvd: Apr 25, 2024                  Form ID: 3180W                           Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Milton Hofer, Shannon Maureen Hofer, 10 Ness Court, Seven Valleys, PA 17360-9147 |
| 5179633 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 5179634 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5179635 | + | Fidelity Investments, 100 Magellan Way Kiwc, Covington, KY 41015-1999 |
| 5179622 | | Internal Revenue Service, Andover, MA 01810-9041 |
| 5208847 | | The Bank of New York Mellon Trust Company N.A fka, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 5212050 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5377448 | + | Wells Fargo Bank, N.A., c/o Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 25 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193918 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 18:49:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5179625 | + | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 18:49:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5179627 | + | EDI: CAPITALONE.COM | Apr 25 2024 22:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5198522 | | EDI: CAPITALONE.COM | Apr 25 2024 22:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5192960 | + | Email/Text: RASEBN@raslg.com | Apr 25 2024 18:39:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5179629 | + | EDI: CITICORP | Apr 25 2024 22:36:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 5179630 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5179631 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5179632 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5179623 | | EDI: PENNDEPTREV | Apr 25 2024 22:36:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5179623 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2024 18:40:00 | Department of Revenue, 1 Revenue Place, |

| | | | |
|---|---|---|---|
| 5179636 | | EDI: IRS.COM | Harrisburg, PA 17129-0001 |
| | | Apr 25 2024 22:36:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5179628 | | EDI: JPMORGANCHASE | |
| | | Apr 25 2024 22:36:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5237361 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 25 2024 18:50:16 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5237362 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 25 2024 18:49:58 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5205561 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 25 2024 18:50:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5179637 | + | EDI: NAVIENTFKASMSERV.COM | |
| | | Apr 25 2024 22:36:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 5191779 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Apr 25 2024 18:40:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5208453 | | EDI: PRA.COM | |
| | | Apr 25 2024 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5181654 | | EDI: PENNDEPTREV | |
| | | Apr 25 2024 22:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5181654 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Apr 25 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5179638 | ^ | MEBN | |
| | | Apr 25 2024 18:35:04 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5207815 | + | Email/Text: bncmail@w-legal.com | |
| | | Apr 25 2024 18:40:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5205302 | | EDI: Q3G.COM | |
| | | Apr 25 2024 22:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5180026 | + | EDI: PRA.COM | |
| | | Apr 25 2024 22:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5179639 | + | EDI: SYNC | |
| | | Apr 25 2024 22:36:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5179640 | + | EDI: SYNC | |
| | | Apr 25 2024 22:36:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5179641 | + | EDI: SYNC | |
| | | Apr 25 2024 22:36:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5524330 | + | Email/Text: EBN@edfinancial.com | |
| | | Apr 25 2024 18:39:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5179642 | + | EDI: USAA.COM | |
| | | Apr 25 2024 22:36:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5179626 | | Email/Text: vci.bkcy@vwcredit.com | |
| | | Apr 25 2024 18:40:00 | Audi Financial Services, Po Box 3, Hilsboro, OR 97123 |
| 5179643 | + | EDI: WFFC2 | |
| | | Apr 25 2024 22:36:00 | Wells Fargo, Po Box 10335, Des Moines, IA 50306-0335 |
| 5204667 | + | EDI: WFFC2 | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 25 2024 22:36:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5179624 | + | Email/Text: kcm@yatb.com | Apr 25 2024 18:39:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5194162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5200553 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5192961 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Dawn Marie Cutaia | on behalf of Debtor 2 Shannon Maureen Hofer dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Paul Milton Hofer dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. lkarl@rascrane.com lbkarl03@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com |

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paul Milton Hofer<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3961<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Shannon Maureen Hofer<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8913<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–01311–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul Milton Hofer

Shannon Maureen Hofer

4/25/24

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**